**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7208**

MELVIN GIVENS,

        Plaintiff - Appellant,

    v.

EDDIE ANDERSON,

        Defendant - Appellee,

    and

C. WILLIAMS; C. EICHENLAUB; ELLEN MACE-LEIBSON; JAMES NOLTE;
JOSHUA HALL,

        Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Senior District Judge. (1:15-cv-00111-IMK)

Submitted: April 4, 2019                    Decided: April 9, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Melvin Givens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Givens appeals the district court's dismissal of his action alleging deliberate indifference to his serious medical needs pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Givens' informal brief only addresses two of the six defendants and does not challenge the basis for the district court's dispositive timeliness ruling, Givens has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*